IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DAVID DEWAINE HARE, #205911,    )
    )
    Petitioner,    )
    )
v.    )    CIVIL ACTION NO.  3:02cv1332-E
    )    WO
GRANT CULLIVER *et al*.,    )
    )
    Respondents.    )

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the respondents and against the petitioner, and that this action be and is hereby dismissed.

Done this the 17th day of May 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE